Shapiro & DiCaro, LLP
250 Mile Crossing Boulevard, Suite One
Rochester, New York 14624
(585) 247-9000
John A. DiCaro, Esq. (JD 7832)
Counsel to HSBC Bank USA, N.A., as Trustee,
and Ocwen Loan Servicing, LLC, Appellants

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In RE: | Case No.: 07-36853 (cgm) |
| | Chapter 13 |
| Judith Anne Crawford | **NOTICE OF APPEAL** |
| Debtor | |

HSBC Bank USA, N.A., as Trustee for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2004-IN1, Asset Backed Pass-through Certificates (hereafter, "HSBC Bank USA, N.A.") and Ocwen Loan Servicing, LLC, through their undersigned counsel, hereby appeal under 28 U.S.C. § 158(a) from the order of the Honorable Cecelia G. Morris, United States Bankruptcy Judge, entitled "Order (1) Awarding Damages to Debtor, (2) Striking Amounts From the Proof of Claim of HSBC Bank USA, N.A., as Trustee for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust, Series 2004-IN1, Asset Backed Pass-Through Certificates" entered in this case on June 19, 2008.

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

HSBC Bank USA, N.A., as Trustee (Appellant)
Attorneys:      John A. DiCaro, Esq.
                Shapiro & DiCaro, LLP
                250 Mile Crossing Boulevard, Suite One
                Rochester, New York 14624
                Tel. (585) 247-9000

Ocwen Loan Servicing, LLC (Appellant)
Attorneys:    John A. DiCaro, Esq.
                Shapiro & DiCaro, LLP
                250 Mile Crossing Boulevard, Suite One
                Rochester, New York 14624
                Tel. (585) 247-9000

Judith Anne Crawford (Debtor)
Attorneys:    Appearing <u>Pro Se</u>
                Judith Anne Crawford
                173 Andrews Road
                Lagrangeville, New York 12540

Martin Crawford
Attorneys:    Appearing <u>Pro Se</u>
                Martin Crawford
                173 Andrews Road
                Lagrangeville, New York 12540

Frank M. Mora, Esq. (Referee)
Attorneys:    Frank M. Mora, Esq.
                30 Manchester Road
                Poughkeepsie, New York 12603
                (845) 454-6672

Thomas Didonato
Nationwide Court Services, Inc.
4250 Veterans Memorial Highway
Suite 4000, West Wing
Holbrook, New York 11741
(631) 981-4400

DATED:    Rochester, New York
              June 30, 2008

John A. DiCaro, Esq. (JD 7832)
Attorney for Appellants,
HSBC Bank USA, N.A., as Trustee
and Ocwen Loan Servicing, LLC
Shapiro & DiCaro, LLP
250 Mile Crossing Boulevard, Suite One
Rochester, NY  14624
(585) 247-9000

To:     Judith Anne Crawford (Debtor)
        Attorneys:    Appearing Pro Se
                      Judith Anne Crawford
                      173 Andrews Road
                      Lagrangeville, New York 12540

        Martin Crawford
        Attorneys:    Appearing Pro Se
                      Martin Crawford
                      173 Andrews Road
                      Lagrangeville, New York 12540

        Frank M. Mora, Esq. (Referee)
        Attorneys:    Frank M. Mora, Esq.
                      30 Manchester Road
                      Poughkeepsie, New York 12603
                      (845) 454-6672

        Thomas Didonato
        Nationwide Court Services, Inc.
        4250 Veterans Memorial Highway
        Suite 4000, West Wing
        Holbrook, New York 11741
        (631) 981-4400

        Jeffrey L. Sapir, Esq. (Trustee)
        399 Knollwood Road
        Suite 102
        White Plains, New York 10603

        Office of the United States Trustee
        74 Chapel Street
        Albany, New York 12207