Shapiro & DiCaro, LLP
250 Mile Crossing Boulevard, Suite One
Rochester, New York  14624
(585) 247-9000
John A. DiCaro, Esq.  (JD7832)
Counsel to HSBC Bank USA, N.A., as Trustee,
and Ocwen Loan Servicing, LLC, Appellants

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In RE:

Judith Ann Crawford,

                       Debtor.

_____

Case No.: 07-36853 (cgm)

Chapter 13

**APPELLANTS HSBC BANK USA, N.A., AS TRUSTEE AND OCWEN LOAN SERVICING, LLC'S DESIGNATION
OF RECORD ON APPEAL AND STATEMENT OF ISSUES PRESENTED
PURSUANT TO RULE 8006**

**A. DESIGNATION OF RECORD**

Appellants, HSBC Bank USA, N.A. as Trustee for the registered holders of ACE Securities Corp. Home Equity Loan Trust, Series 2004-INI, Asset Backed Pass-Through Certificates and Ocwen Loan Servicing, LLC, designate the following for inclusion in the Record on Appeal:

| Docket No. | Description |
|---|---|
| 25 | Notice of Appeal to District Court |
| 23 | Order (1) Awarding Damages to Debtor, (2) Striking Amounts from the Proof of Claim of HSBC Bank USA, N.A., as Trustee for the Registered Holders of ACE Securities Corp., Home Equity Loan Trust, Series 2004-INI, Asset Backed Pass-Through Certificates filed June 19, 2008 |
| 22 | Order Voiding the Foreclosure Sale Held November 27, 2007 filed June 19, 2008 |
| 21 | Memorandum Decision on Order Directing Secured Creditor and Foreclosure Referee to Appear and Show Cause Why They Should Not Be Liable For Violation of the Automatic Stay and Why Post-Petition Foreclosure Sale Should Not Be Vacated filed June 5, 2008 |
| 20 | Post-Hearing Letter by Frank Mora filed May 12, 2008 |
| 19 | Post-Hearing Memorandum of Law by Martin Crawford filed May 12, 2008 |
| 18 | Transcript of Hearing Held on April 28, 2008 |
| 17 | Post-Hearing Memorandum of Law by Ocwen Loan Servicing, LLC filed May 5, 2008 |
| 16 | Affidavit in Response to Order to Show Cause by Jessica Dybas filed April 24, 2008 |
| 15 | Attorney's Supplemental Affirmation in Response to Order to Show Cause by John A. DiCaro, Esq. filed April 24, 2008 |
| 14 | Affirmation in Response to Order to Show Cause by John A. DiCaro, Esq. filed January 31, 2008 |

| | |
|---|---|
| 13 | Order Directing HSBC Bank USA and Referee Frank M. Mora to Appear and Show Cause Why They Should Not Be Liable for Violation of the Automatic Stay and Why Post-Petition Foreclosure Sale Should Not Be Vacated filed January 10, 2008 |
| 12 | Letter and Supporting Documentation RE Foreclosure of Real Property by Martin Crawford filed January 9, 2008 |
| 11 | Motion to Dismiss by Jeffrey L. Sapir, Chapter 13 Trustee filed December 21, 2007 |
| 9 | Letter Re Withdrawing Bankruptcy Petition by Judith Crawford filed December 18, 2007 |
| 1 | Voluntary Petition by Pro Se Debtor filed November 26, 2007 |

## B. STATEMENT OF ISSUES PRESENTED

1. Did the Bankruptcy Court err in determining that HSBC violated § 362 of the Bankruptcy Code?

2. Did the Bankruptcy Court err in determining that HSBC "willfully" violated § 362 of the Bankruptcy Code?

3. Did the Bankruptcy Court err in ordering HSBC to pay punitive damages?

4. Did the Bankruptcy Court err in ordering a punitive damages award with a 1,000-to-1 ratio to compensatory damages?

DATED:   July 10, 2008             Respectfully submitted,
         Rochester, New York


                                   /s/
                                   John A. DiCaro, Esq. (JD 7832)
                                   SHAPIRO & DICARO, LLP
                                   Attorneys for Appellants
                                   250 Mile Crossing Blvd. Suite One
                                   Rochester, New York 14624
                                   Tel. (585) 247-9000

TO:    U.S. Bankruptcy Court
355 Main Street
Poughkeepsie, NY 12601

Judith Anne Crawford
Pro Se Debtor
173 Andrews Road
Lagrangeville, NY 12540

Martin Crawford
Appearing Pro Se
173 Andrews Road
Lagrangeville, NY 12540

Frank M. Mora, Esq.
Referee
90 Market Street, Suite 1
Poughkeepsie, NY 12601-4014
(845) 454-6672

Thomas Didonato
Nationwide Court Services, Inc.
4250 Veterans Memorial Highway
Suite 400 West Wing
Holbrook, New York 11741
(631) 981-4400

Jeffrey L. Sapir, Esq.
Chapter 13 Trustee
399 Knollwood Road Suite 102
White Plains, New York 10603

Office of the United States Trustee
74 Chapel Street
Albany, NY 12207