UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

JUDITH ANNE CRAWFORD,

    Debtor.

No. 08 CIV. 6617

## STIPULATION AND ORDER APPROVING EXTENSION OF BRIEFING SCHEDULE

WHEREAS, HSBC Bank USA, N.A. ("HSBC" or "Appellant") has filed a Notice of Appeal from the order of the United States Bankruptcy Court for the Southern District of New York entitled "Order (1) Awarding Damages to Debtor, (2) Striking Amounts From the Proof of Claim of HSBC Bank USA, N.A., as Trustee for the Registered Holders of ACE Securities Corp. Home Equity Loan Trust, Series 2004-IN1, Asset Backed Pass-Through Certificates" entered in this case on June 19, 2008; and

WHEREAS, the appeal was docketed with this Court on July 25, 2008;

WHEREAS, pursuant to Bankruptcy Rule 8009, Appellant's opening brief currently is due on August 11, 2008 and Appellee's brief currently is due on August 26, 2008;

NOW THEREFORE, Appellant and Appellee have met and conferred and have agreed upon the following briefing schedule, subject to Court approval:

    a.    Appellant shall file and serve an opening brief on or before August 22, 2008.

    b.    Appellee shall file and serve a responsive brief on or before September 17, 2008.

    c.    Appellant shall file and serve a reply brief on or before September 29, 2008.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

a. Appellant shall file and serve an opening brief on or before August 22, 2008.

b. Appellee shall file and serve a responsive brief on or before September 17, 2008.

c. Appellant shall file and serve a reply brief on or before September 29, 2008.

_____
Michael D. Pinsky, P.C.
211 Main Street, Box 148
Goshen, New York 10924
Attorney for Appellee

July 31, 2008

_____
Anne E. Miller-Hulbert
Shapiro & DiCaro, LLP
250 Mile Crossing Blvd., Suite One
Rochester, NY 14624
Attorney for Appellant

July 31, 2008

## ORDER

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

DATED: August 12, 2008

_____
HON. STEPHEN C. ROBINSON
UNITED STATES DISTRICT COURT

2